NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TERRENCE BARNETT,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )         Case No. 2D18-2168
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada,
Judge.

Terrence Barnett, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, KHOUZAM, and ATKINSON, JJ., Concur.